UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO: CV 08 5120

EVAN KARABELAS, ET AL.,

                      Plaintiff(s),

     -against-

MAJOR NISSAN OF GARDEN CITY INC. A/K/A VALUE CITY NISSAN A/K/A NISSAN OF GARDEN CITY,

                      Defendant(s),

AFFIDAVIT OF SERVICE

Nassau County, New York State: **DOUGLAS PLANZ**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **DECEMBER 30, 2008** at **9:45 AM** at **316 NORTH FRANKLIN ST   HEMPSTEAD, NY 11550**
Deponent served the within **SUMMONS AND COMPLAINT**
On which were set forth the Index No. herein, and the date of filing
On **MAJOR NISSAN OF GARDEN CITY INC. A/K/A VALUE CITY NISSAN A/K/A NISSAN OF GARDEN CITY**

| | |
|---|---|
| Corporation {XXX} | by delivering a true copy of each to **MARK FAROUQ** personally, deponent knew said corporation so served to be the corporation, described in same and knew said recipient to be **GENERAL MANAGER/AUTHORIZED** thereof to accept. |
| Description {XXX} | Sex: MALE   Color/Skin: WHITE   Hair: BALD   Age (approx): 40-45 yrs<br>Height (approx): 5'9"-5'10"   Weight (approx): 170-200 LBS   Other: |
| Military Service {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on January 5, 2009

*[signature]*
DOUGLAS PLANZ

*[signature]*
MARY P. VETTER
Notary Public, State of New York
No. 01VE6122612
Qualified in Queens County
Commission Expires: February 14, 2009